JOHN W. HUBER, United States Attorney (#7226)
HOLLY R. SHICK, Assistant United States Attorney (#15801)
Attorneys for the United States of America
111 S. Main Street, 18th floor
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Holly.Shick@usdoj.gov

FILED
U.S. DISTRICT COURT
2016 DEC 14 ⌐ 5: 03
SEALED
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> WILLARD WILLIAM STASH, Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br> <u>Count 1</u> <br> 18 U.S.C. §§ 113(a)(4) and 1153, Assault within Indian Country; <br> <u>Count 2</u> <br> 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. <br><br> Case: 2:16-cr-00660 <br> Assigned To : Parrish, Jill N. <br> Assign. Date : 12/14/2016 <br> Description: USA v. |

The Grand Jury charges:

### COUNT I
Assault within Indian Country
(18 U.S.C. §§ 113(a)(4) and 1153)

On or about June 18, 2016, in the Central Division of the District of Utah,

WILLARD WILLIAM STASH,

the defendant herein, an enrolled member of the Navajo Nation, while within the boundaries of the Navajo Nation Reservation, assaulted T.D. by striking, beating, and wounding T.D., and attempted to do so; all in violation of 18 U.S.C. §§ 113(a)(4) and 1153.

## COUNT II

On or about June 18, 2016, in the Central Division of the District of Utah,

WILLIAM WILLARD STASH,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit, a .22 caliber Marlin Firearms rifle, and attempted to do so; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
HOLLY R. SHICK
Assistant United States Attorney